IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| HOLLI BENNET,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ROCKING J. RANCH, LLC d/b/a<br>THE RANCH AT ROCK CREEK,<br><br>　　　　　Defendant. | CV 23-132-M-DLC-KLD<br><br>ORDER OF RECUSAL |

  I hereby recuse myself from this matter on the ground that I was previously a partner at the law firm of Garlington, Lohn, and Robinson. Accordingly, I ask that this case be reassigned.

  DATED this 6th day of December, 2023.

              Kathleen L. DeSoto
              United States Magistrate Judge