IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| HOLLI BENNETT,<br><br>                Plaintiff,<br><br>vs.<br><br>ROCKING J. RANCH, LLC, *dba The Ranch at Rock Creek*,<br><br>                Defendant. | CV 23–132–M–DLC<br><br><br><br>ORDER |

    The Parties have stipulated to dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall bear their own attorney fees and costs.

    DATED this 23rd day of August, 2024.

*/s/ Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court

1